IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARIS ROUSE,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | No.:   14-1115 |
| : | |
| **COMCAST CORPORATION,** : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this  14th  day of April, 2015, upon consideration of Plaintiff's unopposed Motion for an Order Certifying the Settlement Class, Granting an Enhancement Payment and Approving the Settlement Agreement (ECF No. 50) and the related documents submitted with Plaintiff's Motion (ECF Nos. 50-1–50-3); Plaintiff's unopposed Motion for an Order Awarding Attorney's Fees and Reimbursement of Expenses (ECF No. 51) and the related documents in support thereof (ECF Nos. 51–50-2), and following a fairness hearing on April 9, 2015; and for the reasons provided in this Court's Memorandum dated April 10, 2015 and incorporated herein, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Certification of the Settlement Class, Final Approval of the Joint Stipulation of Settlement and Release, and Payment of an Enhancement Award to the Class Representative is **GRANTED**.  The Court grants certification of the Rule 23 class and FLSA collective action for settlement purposes only and finds that the Joint Stipulation of Class Settlement and Release (Doc. 50-2 Ex. A) is fair, reasonable, and adequate and resolves a bona fide dispute between the parties.

2. The Court awards $158,865 in reasonable attorney's fees and $4445.55 in costs.

3. The Claims Administrator RG/2 Claims Administration LLC shall be awarded an amount not to exceed $6500 for fair and reasonable expenses incurred in the administration of the settlement, as provided in the Joint Stipulation of Class Settlement and Release.

4. The Court approves the requested enhancement payment of $2500 to Named Plaintiff Karis Rouse, to be awarded per the terms of the Joint Stipulation of Class Settlement and Release.

5. The Court hereby **DISMISSES WITH PREJUDICE** all claims and actions in this mater and the claims of all Settlement Class members based on or arising out of any acts, facts, transactions, occurrences, representations, or omissions which are alleged, or which could have been alleged, in the Class and Collective Action Complaint (or Amended Class and Collective Action Complaint) in this matter, on the merits and without costs to any of the parties as against any other settling party, except as provided in the Joint Stipulation of Class Settlement and Release. All persons who are members of the Settlement Class (except those requesting exclusion from the settlement in accordance with the terms of the Joint Stipulation of Class Settlement and Release) are hereby forever barred and permanently enjoined from prosecuting, commencing, or continuing any claims, causes of action, damages, and liabilities of any kind, nature, and character whatsoever in law, equity or otherwise, known or unknown, suspected or unsuspected, that now exist, may exist, or heretofore existed, against Defendant Comcast Corporation, Comcast Cable Communications Management, LLC, or

related or affiliated Comcast companies, arising out of, related to, connected with, or based in whole or in part on any facts, transactions, occurrences, representations, or omissions that are alleged, or that could have been alleged, in the Class and Collective Action Complaint (or Amended Class and Collective Action Complaint) in this matter.  All members of the Settlement Class, including all members who did not submit an Exclusion/Opt-Out Form, are permanently enjoined from participating in any other collective or class action lawsuit against Defendant or related entities, concerning the claims, causes of action, damages, and liabilities of any kind, nature, and character whatsoever in law, equity, or otherwise, known or unknown, suspected or unsuspected, that now exist, may exist, or heretofore existed, arising out of, related to, connected with or based in whole or in part on any facts, transactions, occurrences, representations, or omissions that are alleged, or that could have been alleged, in the Class and Collective Action Complaint (or Amended Class and Collective Action Complaint) in this matter.

6. The Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Joint Stipulation of Settlement and Release and this Order.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI

3

                                                United States Magistrate Judge